SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

CARY G. PALMER, SBN 186601
JERRY J. DESCHLER, JR. SBN 215694
JACKSON LEWIS, LLP
801 K Street
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorney for Defendant
TJ Maxx of CA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>v.<br><br>JPS DEVELOPMENT, LLC; ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122; T.J. MAXX of CA, LLC dba TJ MAXX #1076; SWH CORPORATION dba MIMI'S CAFÉ`; STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES; CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300; TARGET CORPORATION dba TARGET #2214; THE SLEEP TRAIN, INC. dba SLEEP TRAIN,<br><br>    Defendants.<br>_____ / | Case No.09-CV-00865-LLK-EFB<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant T.J. MAXX of CA, LLC dba TJ MAXX #1076, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant T.J. MAXX of CA, LLC dba TJ MAXX #1076 *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant T.J. MAXX of CA, LLC dba TJ MAXX #1076.

Dated: June 3, 2009                    DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: June 3, 2009                    JACKSON LEWIS LLP

*s/s Jerry J. Deschler, Jr.*
JERRY J. DESCHLER, JR.
Attorney'S for Defendant T.J. MAXX of CA, LLC

Case 2:09-cv-00865-LKK-EFB   Document 25   Filed 06/05/09   Page 3 of 3

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-09-00865 LLK-EFB, is hereby dismissed with prejudice **as to T.J. MAXX of CA, LLC dba TJ MAXX #1076 only.**

Dated: June 4, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Dismissal and [Proposed] Order Thereon      *Feezor v JPS Development, LLC, et al.*
- 3 -                                                                                              *09CV-00865-LLK-EFB*