UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

          Plaintiff,

    v.

ROSS DRESS FOR LESS, INC.,
et al.,

          Defendants.

_____/

NO. CIV. S-09-0865 LKK/EFB

O R D E R

    This case is currently scheduled for a status conference on Monday, June 15, 2009 at 2:00 p.m.  Two of the five remaining defendants have yet to state an appearance in this case. Accordingly, the court CONTINUES the status conference to August 31, 2009 at 3:30 p.m.

    IT IS SO ORDERED.

    DATED:  June 12, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT