SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor

KRISTINA M. LAUNEY, SBN 221335
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839
Email: klauney@seyfarth.com

Attorney for Defendant Staples

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, <br><br>     Plaintiff, <br><br> v. <br><br> JPS DEVELOPMENT, LLC; ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122; T.J. MAXX of CA, LLC dba TJ MAXX #1076; SWH CORPORATION dba MIMI'S CAFÉ`; STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES; CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300; TARGET CORPORATION dba TARGET #2214; THE SLEEP TRAIN, INC. dba SLEEP TRAIN, <br><br>     Defendants. <br> _____ / | Case No.09-CV-00865-LLK-EFB <br><br> **STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES.

Dated: June 30, 2009                    DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: June 30, 2009                    SEYFARTH SHAW LLP

*s/s Karistina M. Launey*
KARISTINA M. LAUNEY
Attorney for Defendant Staples

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-09-00865 LLK-EFB, is hereby dismissed with prejudice **as to STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES only.**

Dated: July 2, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Dismissal and [Proposed] Order Thereon
- 3 -
*Feezor v JPS Development, LLC, et al.*
*09CV-00865-LLK-EFB*