SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor


JOHN M. JULIUS III, SBN 112640
LITTLER MENDELSON
501 W. Beoadway, Suite 900
San Diego, CA 92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302
Email: jjulius@littler.com

Attorney for Defendant
Ross Dress For Less

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>v.<br><br>JPS DEVELOPMENT, LLC; ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122; T.J. MAXX of CA, LLC dba TJ MAXX #1076; SWH CORPORATION dba MIMI'S CAFÈ`; STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES; CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300; TARGET CORPORATION dba TARGET #2214; THE SLEEP TRAIN, INC. dba SLEEP TRAIN,<br><br>    Defendants.<br>_____/ | Case No.09-CV-00865-LLK-EFB<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122** *only*.

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant ROSS DRESS FOR LESS dba ROSS DRESS FOR LESS #1122.

Dated: July 7, 2009                                  DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: July 7, 2009                                  LITTLER MENDELSON

*s/s John Julius, III*
JOHN JULIUS, III
Attorney for Defendant Ross Dress For Less, Inc.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-09-00865 LLK-EFB, is hereby dismissed with prejudice **as to ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122 only.**

Dated: July 9, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Dismissal and [Proposed] Order Thereon
- 3 -
*Feezor v JPS Development, LLC, et al.*
*09CV-00865-LLK-EFB*