1  Robert A. Naeve (State Bar No. 106095)
   rnaeve@jonesday.com
2  Steven M. Zadravecz (State Bar No. 185676)
   szadravecz@jonesday.com
3  Christopher D. Hodson (State Bar No. 246461)
4  chodson@jonesday.com
5  JONES DAY
   3 Park Plaza, Suite 1100
6  Irvine, California  92614
7
8  Telephone:  (949) 851-3939
   Facsimile:   (949) 553-7539
9
10 Attorneys for Defendant
   TARGET CORPORATION
11

12             UNITED STATES DISTRICT COURT
13             EASTERN DISTRICT OF CALIFORNIA
14

15 | LARY FEEZOR, | Case No. 2:09-CV-00865-LKK-EFB |
|---|---|
| Plaintiff, | Assigned for all purposes to Honorable Lawrence K. Karlton |
| v. | **STIPULATION FOR DISMISSAL AS TO DEFENDANT TARGET CORPORATION** |
| JPS DEVELOPMENT, LLC; ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122; T.J. MAXX of CA, LLC dba TJ MAXX #1076; SWH CORPORATION dba MIMI'S CAFE; STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES; CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300; TARGET CORPORATION dba TARGET #2214; THE SLEEP TRAIN, INC. dba SLEEP TRAIN, | **ORDER THEREON** |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the terms of a Settlement and Release Agreement, plaintiff Lary Feezor and defendant Target Corporation hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action shall be dismissed with prejudice in its entirety as against defendant Target Corporation only. This Stipulation for Dismissal does not apply to claims asserted by Feezor in this action as against any other defendant.

Dated: July ____, 2009.

DISABLED ADVOCACY GROUP, APLC

By: /s/Lynn Hubbard
Lynn Hubbard

Attorney for Plaintiff

Dated: July _____, 2009.

JONES DAY

By: /s/Robert A. Naeve
Robert A. Naeve

Attorneys for Defendant
TARGET CORPORATION
E-mail: rnaeve@jonesday.com

O R D E R

IT IS SO ORDERED this 29th day of July 2009.

LAI-3041776v1

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation for Dismissal and [Proposed] Order
Case No. 2:09-CV-00865-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com