SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor

MICHELE Z. STEVENSON, SBN 180882
LITTLER MENDELSON
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833
Telephone: (916) 830-7200
Facsimile: (916) 561-0828
Email: MZStevenson@littler.com

Attorney for Defendant
SWH Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　Plaintiff,<br><br>v.<br><br>JPS DEVELOPMENT, LLC; ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122; T.J. MAXX of CA, LLC dba TJ MAXX #1076; SWH CORPORATION dba MIMI'S CAFÉ`; STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES; CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300; TARGET CORPORATION dba TARGET #2214; THE SLEEP TRAIN, INC. dba SLEEP TRAIN,<br><br>　　Defendants.<br>_____ / | Case No.09-CV-00865-LLK-EFB<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant SWH CORPORATION dba MIMI'S CAFÉ , and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant SWH CORPORATION dba MIMI'S CAFÉ *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendantSWH CORPORATION dba MIMI'S CAFÉ.

Dated: July10, 2009                    DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: July10, 2009                    LITTLER MENDELSON

*s/s Mixhele Z. Stevenson*
MICHELE Z. STEVENSON
Attorney for Defendant SWH CORPORATION

1
2  **ORDER**
3       IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-09-00865
4  LLK-EFB, is hereby dismissed with prejudice **as to** SWH CORPORATION dba MIMI'S
5  CAFE.
6
7  Dated:   July 29, 2009.
8
9
10  _____
    LAWRENCE K. KARLTON
11  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
12