```
 1  SCOTTLYNN J HUBBARD, IV, SBN 212970
    LYNN HUBBARD, III, SBN 69773
 2  DISABLED ADVOCACY GROUP, APLC
    12 WILLIAMSBURG LANE
 3  CHICO, CA 95926
    Telephone: (530) 895-3252
 4  Facsimile: (530) 894-8244
    Email: usdceast@hubslaw.com
 5
 6  Attorneys for Plaintiff Lary Feezor
 7
    EUGENE J. HAN, SBN 215833
 8  CSK AUTO, INC.
    233 South Patterson Avenue
 9  Springfield, MO 65809
    Telephone: (417) 829-5863
10  Facsimile: (417) 874-7102
    Email: ehan@oreillyauto.com
11
12  Attorney for Defendant
    CSK Auto, Inc.
13
14
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No.09-CV-00865-LLK-EFB |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| JPS DEVELOPMENT, LLC; ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #1122; T.J. MAXX of CA, LLC dba TJ MAXX #1076; SWH CORPORATION dba MIMI'S CAFÉ`; STAPLES the OFFICE SUPERSTORE, LLC dba STAPLES; CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300; TARGET CORPORATION dba TARGET #2214; THE SLEEP TRAIN, INC. dba SLEEP TRAIN, | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300 , and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300 *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300.

Dated: September 8, 2009         DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: September 8, 2009         CSK AUTO, INC.

*s/s Eugene J. Han*
EUGENE J. HAN
Attorney for Defendant CSK Auto, Inc.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.-09-00865 LLK-EFB, is hereby dismissed with prejudice **as to** CSK AUTO, INC. dba KRAGEN AUTO PARTS #4300.

Dated: September 11, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT